# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH ARVELO, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | : | No. 20-cv-00213-RAL |
| Defendant | : | |

## O R D E R

**AND NOW**, this 29th day of March, 2021, upon consideration of my previous Order to Show Cause (Doc. No. 29) and Plaintiff's failure to respond to that Order, it is hereby **ORDERED** that Plaintiff's case is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**